In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-034 CV


____________________



VENTURE TRANSPORT, INC., JIMMIE LEE STEVENS AND 


DIANE MIMS, Appellants



V.



SHARON DUHON AND TOMMIE HAWKINS, Appellees






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-164278






MEMORANDUM OPINION (1)


 Venture Transport, Inc., Jimmie Lee Stevens and Diane Mims have filed a motion
to dismiss this appeal with prejudice. The appellants allege they have settled all disputes
and no longer desire to pursue this appeal. The Court finds that this motion is voluntarily
made by the appellants through their attorneys of record prior to any decision of this
Court. Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal.

 It is therefore ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. All costs are assessed against the appellants.

 PER CURIAM

Opinion Delivered March 27, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.